IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30005 |
| | ) | |
| WESLEY D. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on Defendant Wesley D. Mitchell's (Mitchell) sentencing hearing, held August 12, 2005.  Defendant Mitchell was present in person and through his counsel, Assistant United States Public Defender Douglas Beevers.  The Government was present through Assistant United States Attorney (AUSA) Gregory Gilmore, and AUSA Patrick Chesley.  On April 5, 2005, Mitchell was found guilty by a jury of two counts of Possession of a Counterfeit Obligation (Counts 1 & 2), in violation of 18 U.S.C. § 472, and Attempting to Pass a Counterfeit Obligation (Count 3), also in violation of 18 U.S.C. § 472.

The Court received a Revised Presentence Report (PSR), dated July

1

12, 2005, prepared by the United States Probation Office. The Court also received the Defendant's Motion to Submit Change to Pre-Sentence Report (d/e 34), which sought to amend Defendant's responses in ¶¶ 55 and 57 of the PSR. The Government had no objection to Defendant's Motion. Therefore, for the reasons stated of record, Defendant's Motion to Submit Change to Pre-Sentence Report (d/e 34) was allowed.

Defendant Mitchell objected to ¶¶ 4-13, 15, and 21-23 of the PSR. For the reasons stated of record, the Court overruled Defendant's objections to ¶¶ 4-13, and 21-23. However, the Court sustained Defendant's objection to ¶ 15. Accordingly, the Court accepted the PSR as written and adopted its findings, with the exception of ¶ 15.

Defendant Mitchell had a base offense level of 9. U.S.S.G. § 2B5.1(a). Counts 1-3 were grouped, per U.S.S.G. § 3D1.2(b). Defendant Mitchell qualified for a two-level enhancement for possessing $8,515.00 in counterfeit obligations of the United States, and a two-level enhancement for counterfeiting United States obligations and possessing counterfeiting materials. U.S.S.G. §§ 2B1.1(b)(1)(B), 2B5.1(b)(1)(B), 2B5.1(b)(2)(A). Because § 2B5.1(b)(2)(A) applied, Defendant Mitchell's offense level was automatically raised to 15. U.S.S.G. § 2B5.1(b)(3). Accordingly, Defendant

Mitchell's final offense level for Counts 1-3 was 15.  Defendant Mitchell had 3 criminal history points, which placed him in criminal history Category II.  An offense level of 15 and criminal history Category II called for a sentence of 21-27 months imprisonment, which was in Zone D of the Guideline range.[1]

THEREFORE, after considering the case file, the PSR, the statements of counsel, letters in support of Defendant Mitchell, the applicable sentencing Guidelines, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court sentenced Defendant Mitchell to 24 months imprisonment on each of Counts 1-3, to run concurrently.  Mitchell was also ordered to pay a $300.00 special assessment, payable to the Clerk of the Court.  No fine was ordered.  Defendant Mitchell was ordered to serve a period of three years of supervised release after his release from prison on each of Counts 1-3, to run concurrently.  In accordance with the Defendant's request, the Court allowed Defendant Mitchell's motion for permission to self-report, and Defendant Mitchell was ordered to self-report to the facility designated by the Bureau of Prisons, or to the United States

---

[1] The Court notes that the U.S.S.G. are advisory, pursuant to United States v. Booker, 125 S.Ct. 738 (2005).

Marshal's office located at 600 E. Monroe St., Springfield, Illinois, by 12:00 noon on October 11, 2005.  Further, the Court recommended to the Bureau of Prisons that Defendant Mitchell be incarcerated in a facility equipped with a drug and alcohol treatment program.  Appeal admonishments were given.

IT IS THEREFORE SO ORDERED.

ENTER:  August 15, 2005.

       FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE